# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

153016

HARTLAND GLEN DEVELOPMENT, L.L.C.,
       Petitioner-Appellant,

v

TOWNSHIP OF HARTLAND,
       Respondent-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153016
COA: 321347
Tax Tribunal: 00-423343;
                00-427021

On order of the Court, the application for leave to appeal the October 20, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



s1121

Clerk